Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

**Red River Subs Inc**
(701) 306-5045
3402 13th Ave S
Fargo, ND 58103

| Voucher Date | Voucher Number |
| --- | --- |
| 03/11/2025 | 10614 |

## Direct Deposit Advice

## *** This is not a check***

**Direct Deposit Amount** ****** 1,925.78

Direct Deposit Advice
4762 111 03/11/25 10614
**Todd Beedy**
4434 4th St S
Moorhead, MN 56560

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

RP_010_8201_Y © 2012 ReadyPayY

Todd Beedy **March 11, 2025** **10614**

| | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Emp Id | **111** | Loc | **1049-Manager** | Period Begin | **02/18/25** | Net Pay | **1,925.78** |
| SSN | **XXX-XX-9392** | Hire Date | **04/01/19** | Period End | **03/03/25** | Dir Dep | **1,925.78** |
| Clock | **XXXX** | Status | **A** | Check Type | **Reg** | | |

### Earnings Summary

| **Total Gross Pay** | Hours | Rate | Current Amt | Ytd Amt |
| --- | --- | --- | --- | --- |
| Regular Earnings | 80.00 | | 3,076.92 | 15,384.60 |
| | **80.00** | | **3,076.92** | **15,384.60** |

| **Taxes** | Status | Taxable | Current Amt | Ytd Amt |
| --- | --- | --- | --- | --- |
| Federal Income Tax | S-0 | 2,589.92 | 320.01 | 1,600.05 |
| OASDI | | 2,589.92 | 160.58 | 802.88 |
| Medicare | | 2,589.92 | 37.55 | 187.77 |
| Medicare - Additional | | 2,589.92 | 0.00 | 0.00 |
| Minnesota SITW | S-0 | 2,589.92 | 146.00 | 730.00 |
| | | | **664.14** | **3,320.70** |

| **Other Deductions from Pay** | Current Amt | Ytd Amt | |
| --- | --- | --- | --- |
| Dental Insurance Family Pretax | 54.56 | 272.80 | • |
| Health Insurance Family Pretax | 432.44 | 2,162.20 | • |
| | **487.00** | **2,435.00** | |

### Payment Summary for Voucher 10614

| | |
| --- | --- |
| Total Gross Pay | **3,076.92** |
| Federal Taxes | **-518.14** |
| State and Local Taxes | **-146.00** |
| Other Deductions | **-487.00** |
| Net Pay | **1,925.78** |
| Direct Deposits | **-1,925.78** |
| Net Check | **0.00** |

### Additional Information

### Direct Deposits

| Bank | Account | Current Amt |
| --- | --- | --- |
| Bell Bank | Ends with ***6080 | 1,925.78 |
| | | **1,925.78** |

- This code is not included in your Federal taxable wages.

**Red River Subs Inc**
(701) 306-5045 3402 13th Ave S Fargo, ND 58103

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

**Red River Subs Inc**
(701) 306-5045
3402 13th Ave S
Fargo, ND 58103

| Voucher Date | Voucher Number |
|---|---|
| 02/25/2025 | 10585 |

## Direct Deposit Advice

## *** This is not a check***

**Direct Deposit Amount** ****** 1,925.78

Direct Deposit Advice
4762 111 02/25/25 10585
**Todd Beedy**
4434 4th St S
Moorhead, MN 56560

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

Direct Deposit Preview - Direct Deposit Preview

Direct Deposit Preview - Direct Deposit Preview

RP_010_8201_Y © 2012 ReadyPayY

Todd Beedy **February 25, 2025** **10585**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Emp Id | **111** | Loc | **1049-Manager** | Period Begin | **02/04/25** | Net Pay | **1,925.78** |
| SSN | **XXX-XX-9392** | Hire Date | **04/01/19** | Period End | **02/17/25** | Dir Dep | **1,925.78** |
| Clock | **XXXX** | Status | **A** | Check Type | **Reg** | | |

### Earnings Summary

| **Total Gross Pay** | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular Earnings | 80.00 | | 3,076.92 | 12,307.68 |
| | **80.00** | | **3,076.92** | **12,307.68** |

| **Taxes** | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | S-0 | 2,589.92 | 320.01 | 1,280.04 |
| OASDI | | 2,589.92 | 160.57 | 642.30 |
| Medicare | | 2,589.92 | 37.56 | 150.22 |
| Medicare - Additional | | 2,589.92 | 0.00 | 0.00 |
| Minnesota SITW | S-0 | 2,589.92 | 146.00 | 584.00 |
| | | | **664.14** | **2,656.56** |

| **Other Deductions from Pay** | Current Amt | Ytd Amt | |
|---|---|---|---|
| Dental Insurance Family Pretax | 54.56 | 218.24 | • |
| Health Insurance Family Pretax | 432.44 | 1,729.76 | • |
| | **487.00** | **1,948.00** | |

### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| Bell Bank | Ends with ***6080 | 1,925.78 |
| | | **1,925.78** |

- This code is not included in your Federal taxable wages.

### Payment Summary for Voucher 10585

| | |
|---|---|
| Total Gross Pay | **3,076.92** |
| Federal Taxes | **-518.14** |
| State and Local Taxes | **-146.00** |
| Other Deductions | **-487.00** |
| Net Pay | **1,925.78** |
| Direct Deposits | **-1,925.78** |
| Net Check | **0.00** |

### Additional Information

**Red River Subs Inc**
(701) 306-5045 3402 13th Ave S Fargo, ND 58103

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

Direct Deposit Preview - Direct Deposit Preview

**Red River Subs Inc**
(701) 306-5045
3402 13th Ave S
Fargo, ND 58103

| Voucher Date | Voucher Number |
|---|---|
| 02/11/2025 | 10554 |

## Direct Deposit Advice

## *** This is not a check***

**Direct Deposit Amount** ****** 1,925.78

Direct Deposit Advice
4762 111 02/11/25 10554
**Todd Beedy**
4434 4th St S
Moorhead, MN 56560

Direct Deposit Preview - Direct Deposit Preview

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

RP_010_8201_Y © 2012 ReadyPayY

Todd Beedy **February 11, 2025** **10554**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Emp Id | **111** | Loc | **1049-Manager** | Period Begin | **01/21/25** | Net Pay | **1,925.78** |
| SSN | **XXX-XX-9392** | Hire Date | **04/01/19** | Period End | **02/03/25** | Dir Dep | **1,925.78** |
| Clock | **XXXX** | Status | **A** | Check Type | **Reg** | | |

### Earnings Summary

| **Total Gross Pay** | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular Earnings | 80.00 | | 3,076.92 | 9,230.76 |
| | **80.00** | | **3,076.92** | **9,230.76** |

| **Taxes** | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | S-0 | 2,589.92 | 320.01 | 960.03 |
| OASDI | | 2,589.92 | 160.58 | 481.73 |
| Medicare | | 2,589.92 | 37.55 | 112.66 |
| Medicare - Additional | | 2,589.92 | 0.00 | 0.00 |
| Minnesota SITW | S-0 | 2,589.92 | 146.00 | 438.00 |
| | | | **664.14** | **1,992.42** |

| **Other Deductions from Pay** | Current Amt | Ytd Amt | |
|---|---|---|---|
| Dental Insurance Family Pretax | 54.56 | 163.68 | • |
| Health Insurance Family Pretax | 432.44 | 1,297.32 | • |
| | **487.00** | **1,461.00** | |

### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| Bell Bank | Ends with ***6080 | 1,925.78 |
| | | **1,925.78** |

• This code is not included in your Federal taxable wages.

### Payment Summary for Voucher 10554

| | |
|---|---|
| Total Gross Pay | **3,076.92** |
| Federal Taxes | **-518.14** |
| State and Local Taxes | **-146.00** |
| Other Deductions | **-487.00** |
| Net Pay | **1,925.78** |
| Direct Deposits | **-1,925.78** |
| Net Check | **0.00** |

### Additional Information

**Red River Subs Inc**
(701) 306-5045 3402 13th Ave S Fargo, ND 58103

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

Direct Deposit Preview - Direct Deposit Preview

**Red River Subs Inc**
(701) 306-5045
3402 13th Ave S
Fargo, ND 58103

| Voucher Date | Voucher Number |
| --- | --- |
| 01/28/2025 | 10523 |

## Direct Deposit Advice

## *** This is not a check***

**Direct Deposit Amount** ****** 1,925.78

Direct Deposit Advice
4762 111 01/28/25 10523
**Todd Beedy**
4434 4th St S
Moorhead, MN 56560

Direct Deposit Preview - Direct Deposit Preview

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

RP_010_8201_Y © 2012 ReadyPayY

Todd Beedy **January 28, 2025** **10523**

| | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Emp Id | **111** | Loc | **1049-Manager** | Period Begin | **01/07/25** | Net Pay | **1,925.78** |
| SSN | **XXX-XX-9392** | Hire Date | **04/01/19** | Period End | **01/20/25** | Dir Dep | **1,925.78** |
| Clock | **XXXX** | Status | **A** | Check Type | **Reg** | | |

## Earnings Summary

| **Total Gross Pay** | Hours | Rate | Current Amt | Ytd Amt |
| --- | --- | --- | --- | --- |
| Regular Earnings | 80.00 | | 3,076.92 | 6,153.84 |
| | **80.00** | | **3,076.92** | **6,153.84** |

| **Taxes** | Status | Taxable | Current Amt | Ytd Amt |
| --- | --- | --- | --- | --- |
| Federal Income Tax | S-0 | 2,589.92 | 320.01 | 640.02 |
| OASDI | | 2,589.92 | 160.57 | 321.15 |
| Medicare | | 2,589.92 | 37.56 | 75.11 |
| Medicare - Additional | | 2,589.92 | 0.00 | 0.00 |
| Minnesota SITW | S-0 | 2,589.92 | 146.00 | 292.00 |
| | | | **664.14** | **1,328.28** |

| **Other Deductions from Pay** | Current Amt | Ytd Amt | |
| --- | --- | --- | --- |
| Dental Insurance Family Pretax | 54.56 | 109.12 | • |
| Health Insurance Family Pretax | 432.44 | 864.88 | • |
| | **487.00** | **974.00** | |

## Direct Deposits

| Bank | Account | Current Amt |
| --- | --- | --- |
| Bell Bank | Ends with ***6080 | 1,925.78 |
| | | **1,925.78** |

- This code is not included in your Federal taxable wages.

## Payment Summary for Voucher 10523

| | |
| --- | --- |
| Total Gross Pay | **3,076.92** |
| Federal Taxes | **-518.14** |
| State and Local Taxes | **-146.00** |
| Other Deductions | **-487.00** |
| Net Pay | **1,925.78** |
| Direct Deposits | **-1,925.78** |
| Net Check | **0.00** |

## Additional Information

**Red River Subs Inc**
(701) 306-5045 3402 13th Ave S Fargo, ND 58103