**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re:

Todd Beedy

Chapter 13
Case No. 25-60141

Debtor.

---

**ORDER APPROVING**
**SALE OF SHARES IN RED RIVER SUBS, INC.**

---

This Chapter 13 case came on for hearing before the Court on the Debtor's motion for an order approving the sale of shares in Red River Subs, Inc. (the "Company"). Based on the record before the court,

IT IS HEREBY ORDERED:

The Debtor is authorized to sell his shares consisting of a 100% interest in the Company to Kiley Benson pursuant to the terms of the Stock Purchase Agreement filed as Exhibit A to the Debtor's motion.

Dated: *March 31, 2026*

s/ William J. Fisher

William J. Fisher
United States Bankruptcy Judge